tioned case should not be dismissed for want of prosecution. The court established February 10, 2006 as the deadline for Plaintiff to establish such good cause for why this action should not be dismissed. Having received no showing of good cause by the Plaintiff, it is hereby

**ORDERED** that Plaintiff's complaint be, and hereby is, dismissed with prejudice.

(CIT 2006); and upon consideration of the fact that no parties have filed negative comments regarding the Redetermination Results; and upon consideration of all other papers filed herein; and upon due deliberation, it is hereby

**ORDERED** that the Redetermination Results are sustained in all respects.

**SO ORDERED.**

---

HYUNDAI ELECTRONICS INDUS-
TRIES CO., LTD. and Hyundai Elec-
tronics America, Inc., Plaintiffs,

v.

UNITED STATES, Defendant,

and

Micron Technology, Inc., Defendant–
Intervenor.

Slip Op. 06–46.
Court No. 00–01–00027.

United States Court of
International Trade.

April 5, 2006.

*JUDGMENT ORDER*

GOLDBERG, Senior Judge.

Upon consideration of the United States Department of Commerce's Final Results of Redetermination Pursuant to Remand ("Redetermination Results") filed pursuant to the Court's decision in *Hyundai Electronics Industries Co., Ltd. v. United States*, 414 F.Supp.2d 1289, 30 CIT —

CANADIAN LUMBER TRADE ALLI-
ANCE; Norsk Hydro Canada, Inc.;
Canadian Wheat Board; Ontario For-
est Indus. Ass'n; Ontario Lumber
Mfgs Ass'n; the Free Trade Lumber
Council; and the Government of Can-
ada, Plaintiffs,

v.

The UNITED STATES of America; Deb-
orah J. Spero, Acting Commissioner,
United States Customs & Border Pro-
tection; and United States Customs &
Border Protection, Defendants,

and

Coalition for Fair Lumber Imps. Execu-
tive Comm.; U.S. Magnesium, LLC;
United States Steel Corp.; U.S.
Foundry & Mfg. Co.; Neenah Foundry
Co.; Allegheny Ludlum Corp; AK
Steel Corp.; East Jordan Iron Works,
Inc.; Lebaron Foundry Corp.; Munic-
ipal Castings, Inc.; and North Dakota
Wheat Comm'n; Defendant–Interve-
nors.

Slip Op. 06–48.
Court No. 05–00324.

United States Court of
International Trade.

April 7, 2006.